UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISETTE ADAMS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY AND COUNTY OF SAN FRANCISCO**, *et al.*, <br><br> Defendants. | Case No.: 13-CV-4689 YGR <br><br> **ORDER STRIKING PLEADING** |

The Court **STRIKES** Plaintiffs' Second Amended Complaint, filed on January 2, 2014. (Dkt. No. 25 ("SAC").) Under Federal Rule of Civil Procedure 15(a), a party is permitted to amend a pleading once as a matter of course, but thereafter "may amend its pleading only with the opposing party's written consent or the court's leave." Here, Plaintiffs filed their initial complaint on October 9, 2013 (Dkt. No. 1), and, consistent with Rule 15(a)(1)(A), amended their complaint as a matter of course twenty-one days later, on November 1, 2013 (Dkt. No. 11 ("FAC")). Defendants answered the FAC on December 16, 2013 (Dkt. No. 19), and filed an amended answer the following day, December 17, 2013 (Dkt. No. 20). On January 2, 2014, without seeking leave of the Court or filing a stipulation or other memorandum of Defendants' written consent to amendment, Plaintiffs filed the SAC. The SAC, having been filed in contravention of Rule 15, is without legal effect and is hereby **STRUCK**. The FAC remains the operative complaint in this case. Defendants need not answer the SAC. Nothing in this Order bars Plaintiffs from further seeking amendment of the FAC consistent with Rule 15. The Clerk shall strike Docket No. 25 from the record.

**IT IS SO ORDERED**.

Date: January 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**