**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISETTE ADAMS, GRANVILLE MCCOLLOUGH AND PATRICK TUOHY,<br><br>    PLAINTIFF(S),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>    DEFENDANT(S). | Case No.: 4-13-cv-4689-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on January 27, 2014.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR ENE TO BE COMPLETED BY: | 5/30/14 |
| FIRST PHASE OF DISPOSITIVE MOTIONS[1] TO BE FILED BY: | Filed by 6/3/14 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, 2/14/14 at 9:01 a.m. |

A compliance hearing regarding stipulation for later amendment shall be held on Friday, February 14, 2014 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom 5. By February 7, 2014 the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 6, 2014

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2