# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETTE ADAMS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>    Defendants. | Case No.: 13-CV-4689 YGR<br><br>ORDER SETTING PRE-FILING CONFERENCE |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to paragraph 9(a) of the undersigned's Standing Order in Civil Cases and the parties' requests (Dkt. Nos. 40, 41), a pre-filing conference concerning the parties' contemplated cross-motions for summary judgment shall be held at **10:00 a.m.** on **Friday, May 2, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED**.

Date: April 24, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE