Philip C. Monrad (State Bar No. 151073)
Aaron Kaufmann (State Bar No. 148580)
Elizabeth Morris (State Bar No. 260513)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
E-mail: pmonrad@leonardcarder.com
E-mail: akaufmann@leonardcarder.com
E-mail: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETTE ADAMS, GRANVILLE MCCOLLOUGH and PATRICK TUOHY<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE CITY AND COUNTY OF SAN FRANCISCO SHERIFF'S DEPARTMENT<br><br>Defendant. | Case No. 4:13-cv-04689-YGR<br><br>[PROPOSED] ORDER, *MODIFIED BY THE COURT,* TAKING OFF CALENDAR (1) THE AUGUST 19, 2014 HEARING ON PLAINTIFFS' EARLY MOTION FOR PARTIAL SUMMARY JUDGMENT, AND (2) THE SEPTEMBER 30, 2014 DEADLINE FOR PLAINTIFFS TO FILE A MOTION FOR CLASS CERTIFICATION, ~~AND REFERRING THE MATTER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE.~~ *AND SETTING COMPLIANCE HEARING*<br><br>Complaint Filed: October 9, 2013 |

---

~~[PROPOSED]~~ ORDER                                              Case No. 4:13-cv-04689-YGR

Pursuant to stipulation and good cause appearing:

1. The August 19, 2014 hearing on Plaintiffs' early motion for summary judgment is taken off calendar;

2. The September 30, 2014 deadline for Plaintiffs to file a motion for class certification judgment is taken off calendar;

3. The Court will refer this matter to a magistrate judge to conduct a judicial settlement conference. No later than seven days from the date of this order, the parties are ordered to propose to the Court a magistrate judge for such purposes or to inform the Court that the parties are unable to agree to a magistrate judge. If the parties are unable to agree, the Court will assign a magistrate judge;

4. The Parties are ordered to diligently expedite pretrial discovery, to enable them to engage in fully informed settlement discussions, or to litigate this matter should settlement not be achieved;

5. A case management conference is scheduled for ~~September 30, 2014~~ *the Court's 2:00 p.m. Calendar on Monday, October 6, 2014*;

*6. The Court sets a compliance hearing for its 9:01 a.m. calendar on Friday, August 29, 2014, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  At least five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a Stipulation of Referral for Settlement Conference to a magistrate judge mutually acceptable to the parties; or (b) a one-page JOINT STATEMENT requesting that the Court assign the parties to a magistrate judge.  If the parties file timely, they need not appear at the compliance hearing, which will be taken off calendar.  Failure to file timely may result in sanctions.*

Date:   August 11, 2014

Hon. Yvonne Gonzalez Rogers