UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETTE ADAMS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04689-YGR   (JSC)<br><br>**ORDER RE: SETTLEMENT CONFERENCE SUBMISSION** |

A further settlement conference is scheduled for May 18, 2015 at 11:00 a.m. On or before Thursday, May 14, 2015, each party shall submit a letter updating the Court on developments since the last settlement conference and advising the Court on where the parties' negotiations currently stand. The letter should be shared with the opposing party. If desired, a party may also submit a confidential letter to the Court which will not be shared with the opposing party.

The letters should be emailed (not e-filed) to jscpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April 24, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge