UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISETTE ADAMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 13-cv-04689-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 2, 2015 at 2:00 p.m. |
| JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF (LIABILITY): | October 23, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: November 6, 2015<br>Rebuttal: November 20, 2015 |
| EXPERT DISCOVERY CUTOFF: | December 11, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | February 23, 2016 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, May 27, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 10, 2016 |
| PRETRIAL CONFERENCE: | Friday, June 24, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 11, 2016 at 8:30 a.m. for 5 days<br>(Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

hearing on Friday, May 27, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.  Parties are advised that while the Court set a trial date in this action, the trial date may be advanced if the calendar opens.  Said trial date will not be sooner than eight (8) weeks after the close of discovery.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 9, 2015

_____
YVONNE GONZALEZ ROGERS
United States District  Court Judge