UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISETTE ADAMS, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br><br>　　　　Defendants. | Case No.  13-cv-04689-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

　　　　A compliance hearing regarding the parties' waiver of a jury trial, indicated on the record at the June 8, 2015 Case Management Conference, shall be held on Friday, **June 19, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

　　　　By **June 12, 2015**, the parties shall file either: (1) a written waiver of jury trial signed by the parties; or (2) a one-page Joint Statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

　　　　Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

　　　　**IT IS SO ORDERED.**

Dated: June 9, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**