UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISETTE ADAMS, ET AL.,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br><br>　　　　　Defendants. | Case No.  13-cv-04689-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 106 |

　　　　In light of the stipulation of the parties (Dkt. No. 106), the Court hereby **SETS** a compliance hearing for **February 12, 2016**, at **9:01 a.m.** in the Federal Courthouse at 1301 Clay Street, Oakland, California, Courtroom 1.

　　　　By **February 5, 2016**, the parties shall file either: (1) a stipulation of dismissal; or (2) a one-page joint statement setting forth an explanation for their failure to comply.  Failure to do so may result in sanctions.

　　　　If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

　　　　This Order terminates Docket Number 106.

　　　　**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**